STATE OF NEW JERSEY v. STANLEY V. PINDYSKI.

April 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. RODNEY FRAZIER.

April 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL PARKER.

April 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM DARNELL WILSON.

April 10, 1984.

Petition for certification denied.

WILLIAM G. WEBER v. TOWNSHIP OF WEST MILFORD.

April 10, 1984.

Petition for certification denied.